| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Oldshue, Jr., Jerry C. | 2. Court or Organization<br><br>Alabama Southern District Bankrutpcy Court | 3. Date of Report<br><br>10/22/2015 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>09/22/2015 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>201 St. Louis Street<br>Mobile, AL 36602-6602 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Secretary (2013-2015) | Rosen Harwood, P.A. |
| 2. Manager (2013-2015) | RCS Building, LLC |
| 3. Manager (2013- 2015) | Tuscaloosa Riverfront Dvelopment, LLC |
| 4. Shareholder (2013-2015) | Rosen Harwood, P.A. |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 09/22/2016 | Buyout agreement with Rosenharwood, P.A., former law firm. |
| 2. 09/22/2016 | Retirement Plan with Rosen Harwood, P.A., former law firm. |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Rosen Harwood, P.A. - Salary & Bonus | $169,509.24 |
| 2. 2014 | Rosen Harwood, P.A.- Salary & Bonus | $190,808.34 |
| 3. 2015 | Rosen Harwood, P.A. -Salary & Bonus | $140,305.96 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Rosen Harwood, P.A. - Attorney Salary |
| 2. 2014 | Rosen Harwood, P.A. - Attorney Salary |
| 3. 2015 | American Christian Academy - Teaching Salary |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 10/22/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Synovus Bank | Guarantee of RCS Building, LLC loan on interest in building | N |
| 2. | Capstone Bank | Guarantee of Rosen Harwood, P.A. operating line of credit | K |
| 3. | Capstone Bank | Guarantee of Rosen Harwood, P.A. equipment loan | K |
| 4. | Regions Bank | Guarantee of Rosen Harwood, P.A. operating line of credit | K |
| 5. | Mississippi State University | Tuition | J |
| 6. | Chase Bank | Credit Card | J |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Oldshue, Jr., Jerry C. | 10/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RCS Building, LLC | E | Distribution | O | U | Exempt | | | | |
| 2. Rental House, Tuscaloosa County, Alabama | E | Rent | M | W | Exempt | | | | |
| 3. Synovus Bank account | E | Interest | K | T | Exempt | | | | |
| 4. Capstone Bank acount | E | Interest | K | T | Exempt | | | | |
| 5. DFA US MICRO CAP | | None | M | T | Exempt | | | | |
| 6. MELON STABLE VALUE FUND | | None | J | T | Exempt | | | | |
| 7. VANGUARD EMERGING MKTS STOCK INX ADM | | None | K | T | Exempt | | | | |
| 8. VANGUARD TARGET RETIREMENT 2025 | | None | J | T | Exempt | | | | |
| 9. AMERICAN INCOME FUND OF AMERICA CLASS R | | None | J | T | Exempt | | | | |
| 10. FIDELITY SELECT NATURAL RESOURCES | | None | J | T | Exempt | | | | |
| 11. FIDELITY SELECT COMMERCIAL EQUIPMENT | | None | J | T | Exempt | | | | |
| 12. FIDELITY SELECT FINACIAL SERVICES | | None | J | T | Exempt | | | | |
| 13. FIDELITY SELECT SOFTWARE | | None | K | T | Exempt | | | | |
| 14. FIDELITY SELECT CONSUMER STAPLES | | None | J | T | Exempt | | | | |
| 15. FIDELITY SELECT ELECTRONICS | | None | J | T | Exempt | | | | |
| 16. WILLIAM BLAIR INTL GROWTH | | None | K | T | Exempt | | | | |
| 17. INVESCO INTL GROWTH | | None | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 10/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HARDING LOEVNER EMERG MKTS ADV | None | | K | T | Exempt | | | | |
| 19. COLUMBIA SEL LARGE CAP VAL | None | | K | T | Exempt | | | | |
| 20. COLUMBIA SELECT LG CP GROWTH | None | | K | T | Exempt | | | | |
| 21. DAVIS NEW YORK VENTURE | None | | K | T | Exempt | | | | |
| 22. PRUDENTIAL JENNISON GROWTH | None | | K | T | Exempt | | | | |
| 23. JANUS FLEXIBLE BOND | None | | K | T | Exempt | | | | |
| 24. LORD ABBETT SHT DURATION INC | None | | K | T | Exempt | | | | |
| 25. AQR MANAGED FUTURES STRATEGY | None | | J | T | Exempt | | | | |
| 26. CALAMOS MARKET NEUTRAL INC | None | | J | T | Exempt | | | | |
| 27. DIAMOND HILL LONG-SHORT | None | | J | T | Exempt | | | | |
| 28. IVY MID CAP GROWTH | None | | J | T | Exempt | | | | |
| 29. RS VALUE | None | | J | T | Exempt | | | | |
| 30. RS SMALL CAP GROWTH | None | | J | T | Exempt | | | | |
| 31. RS PARTNERS | None | | J | T | Exempt | | | | |
| 32. MLP SELECT 40 | None | | J | T | Exempt | | | | |
| 33. BLACKROCK HI YIELD BD PTF INST | None | | J | T | Exempt | | | | |
| 34. VOYA GLOBAL REAL ESTATE | None | | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oldshue, Jr., Jerry C. | 10/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PIMCO SHORT TERM | | None | J | T | Exempt | | | | |
| 36. PIMCO FOREIGN BD | | None | J | T | Exempt | | | | |
| 37. PIMCO SHORT-TERM 529 | | None | J | T | Exempt | | | | |
| 38. NORTHERN BOND INDEX 529 | | None | J | T | Exempt | | | | |
| 39. T. ROWE PRICE BALANCED 529 | | None | J | T | Exempt | | | | |
| 40. T. ROWE PRICE REAL ESTATE 529 | | None | J | T | Exempt | | | | |
| 41. T. ROWE PRICE LARGE CAP GROWTH 529 | | None | J | T | Exempt | | | | |
| 42. NORTHERN MID-CAP INDEX 529 | | None | J | T | Exempt | | | | |
| 43. NORTHERN SMALL CAP INDEX 529 | | None | J | T | Exempt | | | | |
| 44. LORD ABBETT DEVELOPING GROWTH 529 | | None | J | T | Exempt | | | | |
| 45. NORTHERN FUNDS INTERNATIONAL EQUITY INDEX 529 | | None | J | T | Exempt | | | | |
| 46. LAZARD EMERGING MARKETS 529 | | None | J | T | Exempt | | | | |
| 47. COHEN & STEERS DIVIDEND VALUE 529 | | None | J | T | Exempt | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1 - Tuscaloosa Riverfront Development, LLC owns the Bank of Tuscaloosa Plaza, a four story, 108,000 sq/ft office building in Tuscaloosa Alabama. RCS Building, LLC is a 30% member of Tuscaloosa Riverfront Development, LLC. I currently own a 7.14% interest in RCS Building, LLC, but my appointment to the bench triggered a buyout provision that the memebrs of RCS Building, LLC are in the process of completing. The goal is to comlete the buyout of my interest before the end of 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jerry C. Oldshue, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544